1090

No. 99–6896. KANIKAYNAR *v.* SISNEROS, DIRECTOR, BERNALILLO COUNTY DETENTION CENTER, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–6899. ERICSON *v.* IDC SERVICES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–6900. FILIAGGI *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 99–6908. DANIELS *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 99–6912. THOMPSON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–6913. GENCO *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON (two judgments). C. A. 9th Cir. Certiorari denied.

No. 99–6917. HOOD *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–6918. HUDSON *v.* DOOLING, JUDGE, CIRCUIT COURT OF ILLINOIS, COOK COUNTY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–6926. BYRD *v.* SOCIETY NATIONAL BANK. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 99–6953. SIMONSEN *v.* OREGON. Sup. Ct. Ore. Certiorari denied.

No. 99–6955. OLGUINI *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 99–6961. LEWIS *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–6969. GONZALEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6970. GARCIA-SOSA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.